IN THE UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    *Plaintiff*,

                                        CASE NO. 1:26-cr-20122-JB-1

v.

YUSIEL LOPEZ INSUA

    *Defendant*.

_____/

**NOTICE OF APPEARANCE**

Walter A. Reynoso, Esq., Law Offices of Walter A. Reynoso, P.A., hereby files this Notice of Appearance on behalf of Defendant Yusiel Lopez Insua.

This appearance is for this United States district court only and does not include any retrial of this case nor any appearance in any appellate courts.

Respectfully submitted,

By: */s/Walter A. Reynoso*
WALTER A. REYNOSO
Florida Bar No. 525693

LAW OFFICES OF WALTER A. REYNOSO
The Minorca
2030 Douglas Road, Suite 214
Coral Gables, Florida 33134
Tel. No. (305) 441-8881
Email: walter@lawreynoso.com