UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 26-CR-20122**

UNITED STATES OF AMERICA

v.

YUSIEL LOPEZ INSUA,

    **Defendant.**

                                      /

## GOVERNMENT'S WITNESS AND EXHIBIT LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following witness and exhibit lists to be introduced at the trial during the two-week trial period beginning on May 18, 2026.

The United States requests leave to add exhibits and witnesses as may become necessary.

                                      Respectfully submitted,

                                      JASON A. REDING QUIÑONES
                                      UNITED STATES ATTORNEY

By:    */s/ Daniel Rosenfeld*
           Daniel Rosenfeld
           Assistant United States Attorney
           Court ID No. A5503081
           99 Northeast 4th Street
           Miami, Florida 33132-2111
           Tel: (305) 961-9268
           Email: Daniel.Rosenfeld@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOURTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20122-BECERRA**

**UNITED STATES OF AMERICA**                    <u>**Witness and Exhibit List**</u>

**v.**

**YUSIEL LOPEZ INSUA,**

     **Defendants.**

_____/

| Presiding Judge: Honorable Jacqueline Becerra | | | | | AUSA: Michael Gilfarb Tanner Stiehl Daniel Rosenfeld | Defendants' Attorneys: Walter Reynoso Walter Reynoso Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Donna Gray Johnson |
| | | | | | **Witness List** | |
| 1 | | | | | Jonathan Jacobson, Expert | |
| 2 | | | | | CART Examiner | |
| 3 | | | | | Ben Martin, CGIS | |
| 4 | | | | | Miami Yacht Club Representative | |
| 5 | | | | | Jasmine Smith, Coast Guard | |
| 6 | | | | | G.V. | |
| 7 | | | | | E.M. | |
| 8 | | | | | Joe Schwierking | |
| 9 | | | | | Y.J.S. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

2

| Presiding Judge: Honorable Jacqueline Becerra | | | | | AUSA: Michael Gilfarb Tanner Stiehl Daniel Rosenfeld | Defendants' Attorneys: Walter Reynoso Walter Reynoso Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Donna Gray Johnson |
| | | | | | | |
| | | | | | **Exhibit List** | |
| 1 | | | | | Stipulation | |
| 2A-Z | | | | | Video of Crash | |
| 3A-Z | | | | | Photos and Videos of Barge | |
| 4 | | | | | Diagram of Woodchuck and Barge | |
| 5 | | | | | Photographs from Day of Crash | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |