**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cr-20331-JB**

**UNITED STATES OF AMERICA**,

v.

**Yusiel Lopez Insua,**

　　　Defendant.

_____/

**ORDER GRANTING MOTION FOR CONTINUANCE**
**AND RE-SETTING OF CRIMINAL TRIAL DATE**

**THIS CAUSE** came before the Court for Calendar Call on May 12, 2026. Defendant filed an Amended Unopposed Motion to Continue Calendar Call and Trial [ECF No. 14]. The Court has considered the Motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. For the reasons stated in the Unopposed Motion, incorporated herein, the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was filed, 4/24/26, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. **Defendant's signed Waiver of Speedy Trial shall be filed within one week of this Order and should specify the time period Defendants are waiving.**

The Court hereby sets this case for a **Criminal Jury Trial** during the two-week period beginning on July 27, 2026. A **Calendar Call and Change of Plea** will be held at **08:30 a.m. on July 21, 2026 in Courtroom 11-4 at the Wilkie D. Ferguson Courthouse**. Defendants are not required to appear for the Calendar Call.

The parties are directed to the Court's Order Setting Criminal Trial Date, Pretrial Schedule and Instructions, ECF No. [13] for all other trial instructions and pretrial deadlines.

**DONE AND ORDERED** in Miami, Florida on this 12th day of May, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**